

# Exhibit C



American Re-Insurance Co.

$3,000,000

(Excess of $17,000,000)



# AMERICAN
# RE-INSURANCE COMPANY
(HEREINAFTER CALLED THE COMPANY)

99 JOHN STREET    NEW YORK, N. Y. 10038

Johnson & Higgins
95 Wall Street
New York, New York    10005

ATTENTION:    Mr. Richard T. Michel

International Business Machine Corp.
(HEREINAFTER CALLED THE INSURED)

| CERTIFICATE NUMBER | EFFECTIVE DATE OF ENDORSEMENT | ENDORSEMENT NUMBER | FROM | REINSURANCE CERTIFICATE PERIOD TO | TOTAL ADDITIONAL OR RETURN PREMIUM |
|---|---|---|---|---|---|
| M-80975 | 7 1 70 | 5 | 7 1 70 | 7 1 73 | $ 16,500.00 |

7117-0002

| ADDITIONAL OR RETURN PREMIUM (—) | | CHANGE IN FUTURE INSTALLMENTS INCREASE OR DECREASE (—) [x] |
|---|---|---|
| $16,500.00 | | |

DATE OF NEXT INSTALLMENT

IN CONSIDERATION of the payment of the premium shown above, it is understood and agreed that the coverage provided by the Certificate of Excess Insurance to which this Endorsement is attached and of which it forms a part is extended for a further period of three years to expire July 1, 1973.

It is agreed that the Insurance does not apply to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminant or pollutants into or upon land, the atmosphere or any watercourse or body of water, but the exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

IN WITNESS WHEREOF

AMERICAN RE INSURANCE

mer  August 7, 1970

ENDORSEMENT ISSUED

# AMERICAN
## RE-INSURANCE COMPANY
(HEREINAFTER CALLED THE COMPANY)

99 JOHN STREET          NEW YORK, N. Y. 10038

Johnson & Higgins
95 Wall Street
New York, New York     10005

ATTENTION:   Mr. R. Michel

Interstate Business Machines Corp.
(HEREINAFTER CALLED THE INSURED)

| 80975 | 7  1  70 | 6 | FROM: 7  1  70  TO: 7  1  73 | $ Nil |
|---|---|---|---|---|
| CERTIFICATE NUMBER | EFFECTIVE DATE OF ENDORSEMENT | Endorsement Number | REINSURANCE CERTIFICATE PERIOD | TOTAL ADDITIONAL OR RETURN PREMIUM (—) |

M-7117-0002

| ADDITIONAL OR RETURN PREMIUM (—) | | CHANGE IN FUTURE INSTALLMENTS INCREASE OR DECREASE (—) |
|---|---|---|
| Nil | [x] | |

DATE OF NEXT
INSTALLMENT

IT IS AGREED that the Canadian Premium for this Certificate is $513.60 which will be paid in Canadian funds.

It is further agreed that as respects such Canadian Premium the broker of record is:

Johnson & Higgins, Willis Farber Ltd.
Plaza Victoria, Montreal, Quebec

Except as provided above, the terms and conditions of the aforesaid Certificate remain unchanged

IN WITNESS WHEREOF, the American Re-Insurance Company has caused this Endorsement to be signed by its Vice President and Secretary, but same shall not be binding upon the Company unless countersigned by an authorized representative of the Company.

VICE PRESIDENT

SECRETARY

AMERICAN RE-INSURANCE COMPANY

Countersigned by

mer  August 28, 1970
DATE

Printed in U.S.A.                                                    1-70

# AMERICAN RE-INSURANCE COMPANY
## 99 John Street
## New York 38, New York

CERTIFICATE OF EXCESS INSURANCE issued by the AMERICAN RE-INSURANCE COMPANY, New York, New York (hereinafter called the "Company") to the party or parties named in Item 1. of the Declarations made a part hereof (hereinafter called the "Insured").

WHEREAS an insurance company or companies have issued to the Insured a policy or policies of insurance as shown in Item 2. of the Declarations, hereafter referred to as the "underlying insurance,"

AND WHEREAS the Insured desires additional insurance to apply in excess of the underlying insurance.

## INSURING AGREEMENT

NOW THEREFORE this Certificate is to further indemnify the Insured against ultimate net loss arising out of the hazards covered and as defined in the underlying insurance but only up to an amount not exceeding the limit(s) shown in Item 3. of the Declarations.

## PREMIUM

THE PREMIUM DUE the Company for this excess insurance shall be shown in Item 4. of the Declarations payable upon delivery of this Certificate.

## NOTICE OF LOSS

THE INSURED shall immediately advise the Company of any accident or occurrence which appears likely to result in liability under this Certificate and of subsequent developments likely to affect the Company's liability hereunder. The Company shall not, however, be called upon to assume charge of the settlement or defense of any claims made, or suits brought or proceedings instituted against the Insured, but shall have the right and opportunity to be associated with the Insured in the defense and trial of any such claims, suits or proceedings relative to any accident or occurrence which, in the opinion of the Company may create liability on the part of the Company under the terms of the Certificate. If the Company avails itself of such right and opportunity, the Insured and the Company shall cooperate in all respects so as to effect a final determination of the claim or claims. Failure on the part of the Insured to cooperate shall relieve the Company, at its option, of liability under this Certificate.

## LOSS ADJUSTMENT

UPON FINAL DETERMINATION by settlement, award or verdict of the liability of the Insured, the Company shall promptly pay the Insured as the Insured shall pay and shall have actually paid, the amount of any ultimate net loss coming within the terms and limits of this excess insurance.

ULTIMATE NET LOSS, as used herein, shall be understood to mean the sums paid in settlement of losses for which the Insured is liable after making deductions for all recoveries, salvages and other insurances (other than recoveries under the Underlying Insurance, policies of coinsurance, or policies specifically in excess hereof), whether recoverable or not, and shall exclude all "Costs".

THE WORD "COSTS" shall be understood to mean interest on judgments, investigation, adjustment and legal expenses including taxed court costs and premiums on bonds, for which the Insured is not covered by the Underlying Insurance (excluding, however, all expenses for salaried employees and retained counsel of and all office expenses of the Insured).

1

**COSTS INCURRED BY THE INSURED,** with the written consent of the Company shall be apportioned as follows:

(a) In the event of claim or suit arising which appears likely to exceed the Primary Limit or Limits, no Costs shall be incurred by the Insured without the written consent of the Company.

(b) Should such claim or suit be settled previous to going into court for not more than the Primary Limit or Limits, then no Costs shall be payable by the Company.

(c) Should, however, the sum for which the said claim or suit may be settled exceed the Primary Limit or Limits, then the Company if it approves such settlement or consents to the proceedings continuing, shall contribute to the Costs incurred by the Insured in the ratio that its proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(d) In the event the Insured elects not to appeal a judgment in excess of the Primary Limit or Limits, the Company may elect to conduct such appeal at its own cost and expense and shall be liable for the taxable court costs and interest incidental thereto, but in no event shall the total liability of the Company exceed its limit or limits of liability as stated above, plus the costs of such appeal.

(e) In the event a judgment is rendered in excess of the Primary Limit or Limits and the underlying insurance company (ies) elect to appeal such judgment, the duty of obtaining an appeal bond in regard to liability in excess of the Primary Limit or Limits shall rest with the Insured and its Primary Carrier.

ALL SALVAGES, recoveries or payments recovered or received subsequent to a loss settlement under this Certificate shall be applied as if recovered or received prior to such settlement and all necessary adjustments shall then be made between the Insured and the Company, provided always that nothing in this clause shall be construed to mean that losses under this Certificate are not recoverable until the Insured's ultimate net loss has been finally ascertained.

NOTHING HEREIN CONTAINED shall be construed to mean that the Insured shall be required to enforce by legal action any right of subrogation or indemnity before the Company shall pay any loss covered hereunder.

## SUBROGATION

INASMUCH AS this Certificate is Excess Insurance, the Insured's right of recovery against any person cannot be exclusively subrogated to the Company. It is, therefore, understood and agreed that in case of any payment hereunder, the Company will act in concert with all other interests (including the Insured) concerned, in the exercise of such rights of recovery. The apportioning of any amounts which may be so recovered shall follow the principle that any interests (including the Insured) that shall have paid an amount over and above any payment hereunder, shall first be reimbursed up to the amount paid by them, the Company is then to be reimbursed out of any balance then remaining up to the amount paid hereunder; lastly the interests (including the Insured) of whom this coverage is in excess are entitled to claim the residue, if any. Expenses necessary to the recovery of any such amounts shall be apportioned between the interests (including the Insured) concerned, in the ratio of their respective recoveries as finally settled.

## CANCELLATION

THIS CERTIFICATE may be cancelled by either party upon written notice, such notice to be not less than the number of days set forth in Item 5, of the Declarations. If cancellation is at the request of the Insured, adjustment of premium shall be at short rate, and if cancelled by the Company, adjustment shall be made pro rata. However, in the event of cancellation or non-renewal of the underlying insurance, this Certificate terminates as of the same date without notice to the Insured. The Company may, however, cancel this Certificate absolutely on five days' notice for non-payment of premium due. Notice shall be given by the Insured to the Company at 99 John Street, New York 38, New York and by the Company to the Insured at the latter's address as shown in the Declarations. Notice by the Company to the first named Insured, if more than one, shall be deemed notice to any other interest included as an Insured.

## PERIOD OF COVERAGE

THE TERM of this excess insurance, unless otherwise cancelled, shall be as shown in Item 6. of the Declarations.

## CONDITIONS

EXCEPT AS MAY BE inconsistent with the above, the coverage provided by this Certificate shall follow the insuring agreements, conditions and exclusions of the Underlying Insurance, including any change by endorsements. The Company shall be notified of all such endorsements and copies thereof shall be furnished to the Company upon request.

ALL TERMS AND CONDITIONS of the "Nuclear Energy Liability Exclusion Endorsement (Broad Form)" contained in the Underlying Insurance are specifically understood to be part of this Certificate.

THE LIMITS OF THE UNDERLYING INSURANCE shall be maintained in full effect during the currency of this Certificate, except for reduction of the primary limits by exhaustion of aggregate limits (if any) contained therein solely by payment of claims in respect of accidents or occurrences happening during the period hereof. Unless specifically stated to the contrary in Items 2. and 3. of the Declarations the coverage provided by this Certificate applies only with respect to each accident or occurrence for limits in excess of the amount provided for same in the Underlying Insurance and is not to apply as primary insurance in the event of exhaustion of aggregate limits (if any) in the Underlying Insurance.

IF MORE THAN ONE INSURED is named in the Declarations such additional Insured(s) shall not have the effect of increasing the Company's limit of liability for each accident or occurrence stated in Item 3. of the Declarations.

IN WITNESS WHEREOF the AMERICAN RE-INSURANCE COMPANY

has caused this Certificate to be executed this 18th day of _____ August _____ 1964.

AMERICAN RE-INSURANCE COMPANY

J. A. Sellon                    Vice President

H. W. Shaw                    Assistant Secretary

B 8

## DECLARATIONS

1.  INSURED : International Business Machines Corporation, I. B. M. World Trade Corp., The Service Bureau Corp., and any other subsidiary or affiliated corporation of each provided such other subsidiary or affiliated corporation warrants that it is under the same operative and financial control through the identity of its officers, directors or stockholders.

    ADDRESS : Armonk, New York

2.  UNDERLYING INSURANCE : (a) Continental Casualty Co. - $2,000,000 A.O.O. in respect of International Business Machines Corp. - including I. B. M. World Trade Corp. in respect of U.S.A. and Canada operations; all products Worldwide. Aircraft & Airporat Liab. (France) in excess of underlying insurance shown in Endorsement No. 23245 attached to the Certificate.

    (b) American Home Assurance Co. - $5,000,000 excess of $2,000,000 excluding E. & O. excess of (a) above.

    (c) Continental Casualty Co. - $2,000,000 excess of $10,000,000 excluding E. & O. excess of (a) and (b) above.

    (d) General Reinsurance Corp. - $5,000,000 excess of $12,000,000 excluding E. & O. excess of (a), (b) and (c) above.

3.  LIMIT OF COVERAGE HEREUNDER : Up to an amount not exceeding $3,000,000 for any one occurrence, excluding E. & O., such amount being in excess of the total amount of insurance available to the Insured as shown in 2. above. There is no limit to the number of occurrences for which claims may be brought hereunder, provided they happen during the period of the Certificate.

4.  PREMIUM : $6,750.00

5.  CANCELLATION : Thirty days

6.  PERIOD OF COVERAGE HEREUNDER : July 1st, 1964 to July 1st, 1967, 12:01 A. M., Standard Time at the Insured's address as to both dates.

IN WITNESS WHEREOF the AMERICAN RE-INSURANCE COMPANY
has caused this Endorsement to be executed this 8th day of October, 1964.

AMERICAN RE-INSURANCE COMPANY

R. A. Lum          Vice President

H. W. Shaw         Ass't. Secretary

## ENDORSEMENT

IN CONSIDERATION of the premium charged, it is understood and agreed that No. 2 UNDERLYING INSURANCE of the Declarations of the Certificate of Excess Insurance to which this Endorsement is attached and of which it forms a part is amended to read as follows:

"2. UNDERLYING INSURANCE : (a) American Home Assurance Co. - $8,000,000 excluding E. & O. excess of Underlying Insurance shown in Endorsement No. 23245 and amendments thereof attached to the Certificate.

   (b) Continental Casualty Co. - $2,000,000 excluding E. & O. excess of (a) above.

   (c) General Reinsurance Corp. - $5,000,000 excluding E. & O. excess of (a) and (b) above."

IT IS FURTHER UNDERSTOOD that the Schedule of Underlying Insurance shown in Endorsement No. 23245 is amended to include the hereinafter mentioned Umbrella Policy and should be shown under heading: INTERNATIONAL BUSINESS MACHINE CORP., ETAL.

## UMBRELLA LIABILITY POLICY

$2,000,000 A.O.O. in respect of International Business Machines Corp. - including I.B.M. World Trade Corp. in respect of U.S.A. and Canadian operations; all products Worldwide. Aircraft & Airport Liab. (France)

Continental Casualty Co.

This Endorsement shall be effective at and after ..... A. M., Standard Time, July 1st, 1964.

Nothing herein contained shall alter, vary or extend any provision or condition of the Certificate other than as above stated.

Attached to and forming part of Certificate of Excess Insurance No. M-7117-0002 issued to INTERNATIONAL BUSINESS MACHINES CORPORATION, ETAL.

- 1 -



## ENDORSEMENT

IT IS HEREBY UNDERSTOOD AND AGREED that the Schedule of Underlying Insurance as respects Item 2(a) of the Declarations of the Certificate of Excess Insurance to which this Endorsement is attached and of which it forms a part shall read as follows:

### INTERNATIONAL BUSINESS MACHINE CORP., ETAL

### SCHEDULE

#### COMPREHENSIVE GENERAL LIABILITY INCLUDING AUTOMOBILE LIABILITY

| | |
|---|---|
| B. I. $500,000/1,000,000/1,000,000 aggregate<br>P. D. $100,000 | Zurich Insurance Co. |

#### OWNED AIRCRAFT LIABILITY

| | |
|---|---|
| Limit: $10,000,000 - 4 Aircraft | U. S. A. I. C. |

#### BOILER LIABILITY

| | |
|---|---|
| $40,000,000 P. D. | Lumberman's Mutual |

#### ADVERTISERS LIABILITY

| | |
|---|---|
| $750,000 | Seaboard Surety |

#### AIRPORT LIABILITY

| | |
|---|---|
| $2,000,000 | Indemnity Co. of North America |

#### FOREIGN COVERAGES

| | |
|---|---|
| B. I. $100,000/300,000 )<br>P. D. $100,000 ) Gen'l & Auto Liab. | St. Paul Mercury |
| B.I. & P.D. S.C.L. $1,000,000 in respect of 3 cars located in Guam | Great American |

#### AUTOMOBILE LIABILITY

| | |
|---|---|
| B. I. $100,000/300,000 )<br>P. D. $100,000 )<br>Including all employees of the Insured as respects use of U. S. Gov't vehicles located in Bermuda. | St. Paul Mercury |

#### PUBLIC LIABILITY

| | |
|---|---|
| B. I. $58,005/116,010 )<br>P. D. $23,202 )<br>For a laboratory located in Switzerland. | Zurich Insurance Co. |

### COMPREHENSIVE GENERAL LIABILITY INCLUDING AUTOMOBILE (I. B. M. WORLD TRADE CORP.) (U. S. A.)

B I. $500,000/1,000,000 )
P. D. $100,000 )

Zurich Insurance Co.

### EMPLOYERS LIABILITY

$100,000

Liberty Mutual Insurance Co.

### AIRCRAFT LIABILITY

Aero Commander (France)
$10,000,000

Insurance Co. of North America

### AIRPORT LIABILITY

$2,000,000 (France)

Insurance Co. of North America

### INTERNATIONAL BUSINESS MACHINES COMPANY LIMITED (CANADA)
### COMPREHENSIVE GENERAL LIABILITY INCLUDING AUTO NON-OWNERSHIP

$1,000,000 B. I. )
$1,000,000 P. D. )

E. L A. C.

### AUTO LIABILITY

$1,000,000 Single Limit B. I. & P. D.

E. L. A. C.

### FOR EACH OCCURRENCE NOT COVERED BY UNDERLYING ABOVE

$25,000

### SERVICE BUREAU CORP.

### UMBRELLA LIABILITY POLICY

$1,000,000 in respect of Service Bureau Corp.

Continental Casualty Co.

### Excess of:

### COMPREHENSIVE GENERAL INCLUDING AUTOMOBILE LIABILITY

B. I. $500,000/1,000,000
P. D. $100,000

Zurich Insurance Co.

### ADVERTISERS LIABILITY

$750,000

Seaboard Surety

### EMPLOYERS LIABILITY

$100,000

Liberty Mutual

BOILER INSURANCE

$100,000   P. D.                                                  Lumberman's Mutual

AIRCRAFT NON-OWNERSHIP

$10,000,000                                                       I. N. A.

FOR EACH OCCURRENCE NOT COVERED BY UNDERLYING ABOVE

$25,000

### I. B. M. WORLD TRADE CORP.

ADVERTISERS LIABILITY

$500,000                                                          Seaboard Surety

$250,000 Combined Single Limit B. I. & P. D.                      American Foreign
                                                                  Insurance Assoc.

### Which Excess of:

COMPREHENSIVE GENERAL & AUTO LIABILITY

$250,000/1,000,000   B. I.                                        Commercial Insur-
$250,000/1,000,000   P. D.                                        ance Co.
$1,000,000 Auto P. D.
Operation of Custom Engineers in Saudi, Arabia

COMPREHENSIVE GENERAL & AUTOMOBILE  - INDONESIA

$300,000/300,000   B. I.                                          St. Paul Mercury
$300,000   P. D.

COMPREHENSIVE GENERAL & AUTO LIABILITY

$250,000/1,000,000   B. I.                                        Commercial Insur-
$250,000/1,000,000   P. D.                                        ance Co.
Iraq & Quatar

COMPREHENSIVE GENERAL & AUTO LIABILITY (CONTRACTUAL)

$250,000/1,000,000   B. I. (Auto)                                 Commercial Insur-
$1,000,000   P. D. (Auto)                                         ance Co.
$15,000/15,000   B. I. (G. L.)
$15,000/15,000   P. D. (G. L.)
Iran

1.  All other foreign coverages which are written in
    each individual country.

2.  $5,000 deductible where no foreign primary coverage.

FOR EACH OCCURRENCE NOT COVERED BY UNDERLYING ABOVE

$25,000

This Endorsement shall be effective at and after 12:01 A M., Standard Time, July 1st, 1964.

Nothing herein contained shall alter, vary or extend any provision or condition of the Certificate other than as above stated.

Attached to and forming part of Certificate of Excess Insurance No. M-7117-0000 issued to INTERNATIONAL BUSINESS MACHINES CORPORATION, ETAL.

IN WITNESS WHEREOF, the AMERICAN RE-INSURANCE COMPANY has caused this Endorsement to be executed this 18th day of August, 1964.

AMERICAN RE-INSURANCE COMPANY

J. A. Sellon     Vice President

H. W. Shaw     Asst. Secretary

B 8

- 4 -

## ENDORSEMENT

IN CONSIDERATION of the payment of an additional premium of $6,750.00, it is understood and agreed that the coverage provided by the Certificate of Excess Insurance to which this Endorsement is attached and of which it forms a part is extended for a further period of three years to expire July 1st, 1970, it being understood the underlying insurance shown in Endorsement No. 23245 is amended as follows:

### INTERNATIONAL BUSINESS MACHINE CORP., ETAL

### SCHEDULE

UMBRELLA LIABILITY POLICY

$2,000,000 A.O.O. in respect of International Business
Machines Corp. - including I.B.M. World
Trade Corp. in respect of U.S.A. and Canada
operations; all products Worldwide. Air-        Continental
craft and Airport Liability (France)            Casualty Co.

Excess of:

### INTERNATIONAL BUSINESS MACHINES CORP.

COMPREHENSIVE GENERAL LIABILITY INCLUDING AUTOMOBILE LIABILITY

B. I. $500,000/$1,000,000/$1,000,000 aggregate        Zurich Insurance
P. D. $100,000                                        Company

OWNED AIRCRAFT LIABILITY

Limit: $10,000,000  5 aircraft                        U.S.A.I.G.

BOILER LIABILITY

P. D.  $40,000,000                                    Continental In-
                                                      surance Company

ADVERTISERS LIABILITY

$750,000                                              Seaboard Surety

AIRPORT LIABILITY

$2,000,000                                            Indemnity Co. of
                                                      North America

FOREIGN COVERAGES

B. I. $100,000/$300,000  ) General and Automobile     St. Paul Mercury
P. D. $100,000           )     Liability

B. I. and P. D. S.C.L. $1,000,000                     Great American
  in respect of 5 cars located in Guam

B. I. $100.000/$1,000,000                             St. Paul Mercury
P. D. $100,000
  1 car located in South Korea

PUBLIC LIABILITY

B. I. $58,005/$116,010  )                             Zurich Insurance
P. D. $23,202           )                             Company
  for a laboratory located in Switzerland

B. I. $25,000/$50,000
P. D. $5,000
  office in Japan

COMPREHENSIVE GENERAL LIABILITY INCLUDING AUTOMOBILE
  (I.B.M. WORLD TRADE CORP.) (U.S.A.)

B. I. $500,000/$1,000,000  )                          Zurich Insurance
P. D. $100,000             )                          Company

EMPLOYERS LIABILITY

$100,000                                              Liberty Mutual
                                                      Insurance Co.

AIRCRAFT LIABILITY

Aero Commander (France)                               Federal Insurance
$10,000,000                                           Company

AIRPORT LIABILITY

$2,000,000  (France)                                  Federal Insurance
                                                      Company

INTERNATIONAL BUSINESS MACHINES COMPANY LIMITED (CANADA)
COMPREHENSIVE GENERAL LIABILITY INCLUDING AUTO
NON-OWNERSHIP

B. I. $1,000,000  )                                   E.L.A.C.
P. D. $1,000,000  )

AUTO LIABILITY

$1,000,000 Single Limit B. I. and P. D.              E.L.A.C.

FOR EACH OCCURRENCE NOT COVERED BY
UNDERLYING ABOVE

$25,000

### SERVICE BUREAU CORP.

UMBRELLA LIABILITY POLICY

$1,000,000 in respect of Service Bureau Corp.                Continental
                                                             Casualty Co.

    Excess of:

COMPREHENSIVE GENERAL INCLUDING AUTOMOBILE LIABILITY

B. I.  $500,000/$1,000,000                                   Zurich Insurance
P. D.  $100,000                                              Company

ADVERTISERS LIABILITY

$750,000                                                     Seaboard Surety

EMPLOYERS LIABILITY

$100,000                                                     Liberty Mutual

BOILER INSURANCE

$100,000 P. D.                                               Lumbermen's
                                                             Mutual

AIRCRAFT NON-OWNERSHIP

$10,000,000                                                  I.N.A.

FOR EACH OCCURRENCE NOT COVERED BY
UNDERLYING ABOVE

$25,000

### I.B.M. WORLD TRADE CORP.

ADVERTISERS LIABILITY

$500,000                                                     Seaboard Surety

COMBINED COMPREHENSIVE GENERAL LIABILITY & AUTO

$250,000 Combined Single Limit B. I. and P. D.               St. Paul Mercury

    Excess of:

## COMPREHENSIVE GENERAL & AUTO LIABILITY

B. I. $250,000/$1,000,000
P. D. $250,000/$1,000,000
Auto P. D. $1,000,000
Operation of Custom Engineers in Saudi Arabia

Commercial Insurance Company

## COMPREHENSIVE GENERAL AND AUTOMOBILE INDONESIA

B. I. $300,000/$300,000
P. D. $300,000

St. Paul Mercury

## COMPREHENSIVE GENERAL AND AUTOMOBILE LIABILITY

B. I. $250,000/$1,000,000
P. D. $250,000/$1,000,000
Iraq and Quatar

Commercial Insurance Company

## COMPREHENSIVE GENERAL AND EMPLOYERS LIABILITY

$100,000 CSL
El Salvador

Commercial Insurance Company

(1) all other foreign coverages which are written in each individual country.

(2) $5,000 deductible where no foreign primary coverage.

## FOR EACH OCCURRENCE NOT COVERED BY UNDERLYING ABOVE

$25,000

It is still further understood and agreed that the underlying excess insurances shown in Item 2(b), (c) and (d) of the Declarations are likewise renewed and extended.

This Endorsement shall be effective at and after 12:01 A. M., Standard Time, July 1st, 1967.

Nothing herein contained shall alter, vary or extend any provision or condition of the Certificate other than as above stated.

Attached to and forming part of Certificate of Excess Insurance No. M-7117-0002 issued to INTERNATIONAL BUSINESS MACHINES CORPORATION, ETAL.

- 4 -

IN WITNESS WHEREOF the AMERICAN RE-INSURANCE COMPANY
has caused this Endorsement to be executed this 12th day of June, 1967.

AMERICAN RE-INSURANCE COMPANY

R. A. Lum     Vice President

H. M. Taylor    Asst. Secretary