

# Exhibit D

# CERTIFICATE OF EXCESS INSURANCE

# FEDERAL INSURANCE COMPANY

INCORPORATED UNDER THE LAWS OF NEW JERSEY

CHUBB & SON INC., Manager  90 John Street, New York 38, N. Y.

In consideration of the payment of the premium stated herein, the FEDERAL INSURANCE COMPANY (hereinafter called the "Company") agrees to indemnify the Insured against loss resulting from **Umbrella Liability as defined and limited in Underlying Policy No. RDU 9433466 of the Continental Casualty Company.**

as follows: **Fifty Percent (50%) of Ultimate Net Loss in excess of Primary and Underlying Umbrella Insurance as specified in Item 6, but not to exceed Five Million Dollars ($5,000,000.-) per occurrence, subject to an Aggregate Limit of Five Million Dollars ($5,000,000.-) per occurrence where applicable**

64

Item 1. Named Insured: **International Business Machines Corporation et al (As per endorsement attached)**

Item 2. P. O. Address: **Armonk, New York**

Item 3. Certificate Period: From **January 1, 1967** to **January 1, 1970**

(12:01 A.M. Standard Time at address of the Insured)

Item 4. Premium Basis: **Flat**

Item 5. Premium: **$7500.00 ($7278.83 payable in U. S. Dollars, $221.17 payable in Canadian Dollars)**

Item 6. Underlying Insurance: **See endorsement attached**

ORIGINAL AND DUPLICATE
ONE OF WHICH BEING ISSUED
THE OTHER TO STAND NULL AND VOID.



*Endorsement #_____*

**Certificate**

Effective date of this endorsement _____ January 1, 1967 _____ Attached to and forming part of Policy Number _____ 7742 33 85 _____

Agent or Broker _____ Johnson & Higgins _____ Issued to _____ International Business Machines Corporation, et al

It is agreed that Item 6 is completed as follows:

<u>Primary Insurance</u>

Various Companies and Limits

<u>Umbrella Insurance</u>

$2,000,000.- excess of primary — Continental Casualty Co. # RDU 9433466

$8,000,000.- excess of $2,000,000.- and Primary — American Home Assurance Co. # CE 350011

$2,000,000.- excess of $10,000,000.- and Primary — Continental Casualty Co.

$5,000,000.- excess of $12,000,000.- and Primary — General Reinsurance Corp.

$3,000,000.- excess of $17,000,000.- American Reinsurance Co.

ONE OF WHICH ...... THE OTHER TO STAND NULL AND ....

All other terms and conditions not inconsistent herewith remain unchanged.

In Witness Whereof the FEDERAL INSURANCE COMPANY has caused this endorsement to be signed by its Chairman, President and Secretary and countersigned by a duly authorized representative.

_____ Secretary

_____ President _____ Chairman

By _____

Date of Issue _____ March 8, 1967 _____ Countersigned by _____ Authorized Representative

FORM 10173P



*Endorsement* #_____

**Certificate**

Effective date of this endorsement... **January 1, 1967**   Attached to and forming part of ~~Policy Number~~ **7742 33 85**

Agent or Broker... **Johnson & Higgins**   Issued to **International Business Machines Corporation, et al**

It is agreed that Item 1, Named Insured, is completed
to read:

"International Business Machines Corporation,
I.B.M. World Trade Corp., The Service Bureau Corp.,
and any other subsidiary or affiliated corporation
of each provided such other subsidiary or affiliated
corporation warrants that it is under the same
operative and financial control through the identity
of its officers, directors or stockholders."

ORIGINAL AND DUPLICATE ISSUED
ONE OF WHICH BEING ACCOMPLISHED
THE OTHER TO STAND NULL AND VOID.

All other terms and conditions not inconsistent herewith remain unchanged.

In Witness Whereof, the **Federal Insurance Company**
has caused this endorsement to be signed by a duly authorized representative of the Company.

CHUBB & SON INC.

Date of Issue ... **March 8, 1967**   Countersigned by _____ By _____
Authorized Representative

Form 10173F (Ed. 8-60)                                    I-3976 (25M)



## *Endorsement* #_____

Effective date of this endorsement: **January 1, 1967**    Attached to and forming part of Policy Number **7742 33 85**

Agent or Broker: **Johnson & Higgins**    Issued to **International Business Machines Corporation, et al**

It is agreed that:

1. The Limits of Liability and Premium for this policy as pertaining to U. S. exposures shall be deemed to be in U. S. Funds and that the Limits of Liability and Premium for this policy as pertaining to Canadian exposures shall be deemed to be in Canadian Funds.

2. Johnson & Higgins of Canada, Ltd. shall be deemed to be Producer of Record as regards Canadian exposures and premium.

ORIGINAL AND DUPLICATE ISSUED
ONE OF WHICH BEING ACCOMPLISHED
THE OTHER TO STAND NULL AND VOID.

All other terms and conditions not inconsistent herewith remain uncharged.

In Witness Whereof, the **Federal Insurance Company** has caused this endorsement to be signed by a duly authorized representative of the Company.

CHUBB & SON INC.

Date of Issue **March 8, 1967**    Countersigned by    By _____ P. Cairn

Authorized Representative

Form 10178F (Ed. 6-60)      1-3976 (25M) PRINTED IN U.S.A.



*Endorsement* #_____

*Certificate*

Effective date of this endorsement **January 1, 1967**

Attached to and forming part of Policy Number **7742 33 85**

Agent or Broker **Johnson & Higgins**

Issued to **International Business Machines Corporation, et al.**

WHEREAS, the period of the Primary and/or Underlying policy or policies, including renewals or replacements thereof, with respect to which this policy applies in excess is or may be non-concurrent with the period of this policy;

NOW, THEREFORE, in consideration of the premium for which this policy is written, in the event of reduction or exhaustion of the aggregate limit or limits contained in such Primary and/or Underlying policy or policies solely by payment of losses in respect to accidents or occurrences during the period of such Primary and/or Underlying policy or policies it is hereby understood and agreed that such insurance as is afforded by this policy shall apply in excess of the reduced underlying limit or, if such limit is exhausted, shall apply as underlying insurance, notwithstanding anything to the contrary in the terms and conditions of this policy.

HOWEVER, in no event shall this policy be liable under any circumstances for loss, either as underlying or excess coverage, resulting from occurrences as defined which did not occur within the term of this contract.

ORIGINAL AND DUPLICATE ISSUED ONE OF WHICH WHEN ACCOMPLISHED THE OTHER TO STAND NULL AND VOID

All other terms and conditions not inconsistent herewith remain unchanged.

In Witness Whereof the FEDERAL INSURANCE COMPANY has caused this endorsement to be signed by its Chairman, President and Secretary and countersigned by a duly authorized representative.

Secretary

Date of Issue **March 8, 1967**

Countersigned by_____

CHUBB & SON, INC.

By_____ Authorized Representative

FORM 10170P

M6340 (50M)